■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY STACHNIK, Appellant. (Appeal No. 2.) [955 NYS2d 901]—

Same memorandum as in *People v Stachnik* (101 AD3d 1590 [2012]). Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.